No. 81–6762.   GLEICHER v. TURNER.   Ct. App. D. C. Certiorari denied.

No. 81–6763.   GLEICHER v. HAWKINS.   Ct. App. D. C. Certiorari denied.

No. 81–6764.   GLEICHER v. HINCKLEY.   Ct. App. D. C. Certiorari denied.

No. 81–6766.   SUDRANSKI v. VETERANS ADMINISTRATION.   C. A. 4th Cir.   Certiorari denied.

No. 81–6770.   FIELDS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 81–6772.   HOWLAND v. FAIRMAN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 81–6774.   FREEMAN v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 81–6775.   JACKSON v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 81–6778.   JERRY v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 81–6781.   KAUFMAN v. CHILDREN'S HOME SOCIETY OF NEW JERSEY ET AL.   Sup. Ct. N. J.   Certiorari denied.

No. 81–6784.   WILLIAMS v. NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.

No. 81–6785.   DOSS v. BREWER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 81–6788.   BROWN v. LEAVITT, SHERIFF, NORFOLK CITY JAIL.   C. A. 4th Cir.   Certiorari denied.